■ In the Matter of SALLY KYA-HILL, Petitioner, v WILLIAM P. McCOOE et al., Respondents. [619 NYS2d 537] —Application for a writ of mandamus denied, the cross-motions granted, the petition dismissed, and the petitioner enjoined from any further actions in this Court without prior leave of a Justice of the Supreme Court, without costs and without disbursements. No opinion. Concur—Ross, J. P., Asch, Rubin, Nardelli and Tom, JJ.